# UNITED STATES DISTRICT COURT
### for the
District of  NEVADA

| | | |
|---|---|---|
| United States of America | ) | Case No.   2:17-mj-00299-VCF |
| v. | ) | |
| FELICIA WESLEY | ) | Charging District:   Eastern District of Kentucky |
| _Defendant_ | ) | Charging District's Case No.  2:17-cr-4-DLB-CJS-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place:  Eastern District of Kentucky | Courtroom No.:  AS ORDERED |
|---|---|
| | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  _____April 13, 2017_____

_____
_Judge's signature_

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_Printed name and title_



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY