# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELICIA WESLEY,<br><br>Defendant. | Case No. 2:17-mj-299-VCF<br><br>**EMERGENCY EX PARTE MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES** |

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant Felicia Wesley be provided non-custodial transportation, from Las Vegas, Nevada, to Eastern District of Kentucky, Covington on or before Tuesday, April 25, 2017, at 1:30 p.m. to appear in court in the above-entitled matter for the purpose of Initial Appearance on pending charges.

DATED this 21st day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY